1 PHILLIP A. TALBERT
United States Attorney
2 DEBORAH LEE STACHEL
3 Regional Chief Counsel, Region IX
Social Security Administration
4 JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
5      160 Spear Street, Suite 800
6      San Francisco, California 94105
     Telephone: (415) 977-8945
7      Facsimile: (415) 744-0134
     E-Mail: jennifer.a.kenney@ssa.gov
8

9 Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| LYNNE HULSEY, | Case No.: 2:16-CV-03057-AC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FILE HER CROSS-MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment and file her Cross-Motion for Summary Judgment. The additional time is requested due to Defendant's counsel's exceptionally heavy workload at this time, including two employment law matters in active litigation, one pending before the pending Equal Employment Opportunity Commission and another before the Merit Systems Protection Board. In addition, Defendant's counsel has seven other pending district court and Ninth Circuit cases with filing deadlines imminent. The additional time requested is needed to adequately research the issues

Stip. & Prop. Order to Extend 2:16-CV-03057-AC           1

Plaintiff has presented.  The current due date is August 4, 2017.  The new due date will be September 3, 2017.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 3, 2017  */s/ Josephine Gerrard*
(as authorized by email)
JOSEPHINE GERRARD
Attorney for Plaintiff

Dated: August 3, 2017  PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX,
Social Security Administration

By:  */s/ Jennifer A. Kenney*
JENNIFER A. KENNEY
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: August 7, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE